**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:15-CR-52-TBR**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | **ORDER** |
| **EUGENE SANDERS**<br>**US Marshal No. 41182-279** | **DEFENDANT** |

    This case was called in open Court in Louisville, Kentucky on <u>August 16, 2016</u> for a final hearing to revoke defendant's supervised release.

    Appearing for the United States was Daniel Kinnicutt, AUSA. The defendant, Eugene Sanders, was present, in custody, with Laura Wyrosdick, Asst. Federal Public Defender.

    Alan Wernecke, Official Court Reporter, recorded the proceedings.

    Having considered the advisory guidelines and 18 U.S.C. 3553(a), it is the judgment of the Court that the three (3) year term of supervised release imposed in this case on 1/28/2009, and which began on 5/1/2015, is hereby **revoked**, and the defendant is committed to the custody of the Bureau of Prisons for a term of <u>**1 year and 1 day with no supervision to follow.**</u>

    The Policy Statements in Chapter 7 of the U.S. Sentencing Commission's Advisory Guidelines Manual reflect that this defendant's violation conduct constitutes Grade B and C violations, with Grade B being the most serious.

    The criminal history category determined at the time of the original sentence was V. Therefore, the advisory range of imprisonment applicable upon revocation in this case is from 18 to 24 months, based on the Revocation Table suggested by the U.S. Sentencing Commission.

    The Court believes the sentence imposed is sufficient, but not greater than necessary to comply with the purposes set forth in Section 3553(a)(2).

    Defendant was notified of his appeal rights, as stated on the official record.

    The Defendant is remanded to the custody of the U.S. Marshal.

    **IT IS SO ORDERED**.

cc:    U.S. Attorney
       Counsel
L/10